IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RALPH LAVERDURE, | Case No. CV-25-78-GF-DWM |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| CASCADE COUNTY, CAPTAIN KANDAR, JESSE SLAUGHTER, | |
| Defendants. | |

Upon review of the parties' Stipulation of Dismissal with Prejudice,

IT IS ORDERED that this action and all claims in it are DISMISSED WITH

PREJUDICE. All parties are to pay their own costs and attorney fees.

DATED this _9__ day of July, 2026.

Donald W. Molloy, District Judge
United States District Court